UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
LOUIS PAOLINO and
MARIE ISSA,
     Plaintiffs,

     v.                                          CA 12-039ML

JF REALTY, LLC; JOSEPH I. FERREIRA,
ROBERT YABROUDY, LKQ ROUTE 16
USED AUTO PARTS, INC., d/b/a
ADVANCED AUTO RECYCLING,
JOSEPH I. FERREIRA, TRUSTEE OF
THE JOSEPH I. FERREIRA TRUST,
     Defendants.
```

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment shall enter for all named Defendants against both named Plaintiffs pursuant to this Court's Memorandum of Decision dated November 19, 2014, finding that Plaintiffs have failed to meet their burden of proof.

Attorneys' Fees are awarded to Defendants in the amount of $111,784.50 pursuant to this Court's Memorandum and Order dated March 26, 2015, granting Defendants' Motion for Attorneys' Fees.

Enter:

*/s/John Duhamel*
Deputy Clerk

DATED: **March 26, 2015**